RECEIVED
IN CLERK'S OFFICE
FEB 25 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

In the U.S. District Court For the Middle District of Tennessee Columbia Division

Timothy Carl Johnson, Jr., Plaintiff,

V.

Enoch George, Sheriff of Maury Co. in offical and individual capacity, and Debra Wagonschutz, Lt. of Maury Co. Jail, in offical and individdual capacity

No. 1:12-cv-149
Judge Haynes

ORDER
This request is GRANTED but this action is STAYED until conclusion of trials of related actions
[signature]
3-21-13

Request to Alter Plaintiff's Statement of Facts and Relief

Plaintiff Timothy Carl Johnson requests to add to Statement of Facts as follows:

1) Neglegent handling of medical requests and prolonged untreated skin condition resulted in perminent scar tissue damage, unnessary pain and suffering, and mental anguish.

Plaintiff Timothy Carl Johnson also requests to add additional Relief Request as follows:

1) Financial compensation in the amount of $5,000 to fund laser skin procedure.

2) Financial compensation in the amount of $10,000 for pain and suffering and mental anguish.