In the U.S. District Court For
the Middle District of
Tennessee Columbia Division

Timothy Carl Johnson, Jr.,
  Plaintiff,

V.

Enoch George, Sheriff of
Maury Co. in offical and
individual capacity, and
Debra Wagonschutz, Lt.
of Maury Co. Jail, in
offical and individual capacity

No. 1:12-cv-149
Judge Haynes

ORDER
This request is GRANTED but the action is STAYED until conclusion of trials of related actions
[signature]
3-21-13

### Request to Alter Plaintiff's Statement of Facts and Relief

Plaintiff Timothy Carl Johnson requests to add to Statement of Facts as follows:

1) Neglegent handling of medical requests and prolonged untreated skin condition resulted in perminent scar tissue damage, unncessary pain and suffering, and mental anguish.

Plaintiff Timothy Carl Johnson also requests to add additional Relief Request as follows:

1) Finanacial compensation in the amount of $5,000 to fund laser skin procedure.
2) Finanacial compensation in the amount of $10,000 for pain and suffering and mental anguish.